/s/ _____                    X  RETAIN

**James F. Schneider , U. S. BANKRUPTCY JUDGE**                Evidentiary Hrg: Y N
                                                               Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 05/28/2014 Time: 03:15

**CASE: 09-20978 George Gass and Jeanette Gass**    3:50 - 3:51

Jessica Helena McConnell representing George Gass (Debtor)
Jessica Helena McConnell representing Jeanette Gass (Debtor)

__ E. Cosby  ✓ M. Caskey __ S. Scanlon
         representing Ellen W. Cosby Ellen W. Cosby (Trustee)

[36] Motion to Dismiss Case for failure to make plan payments Filed by Ellen W. Cosby.

**MOVANT** : Ellen Cosby BY E Cosby

[37] Response on behalf of George Gass, Jeanette Gass Filed by Jessica Helena McConnell (related document(s) 36 Motion to Dismiss Case filed by Trustee Ellen W. Cosby).

[40] Motion to Amend Chapter 13 Plan Filed by George Gass, Jeanette Gass. (Attachments: #s1 medical document)

**MOVANT** : George Gass Jeanette Gass BY J McConnell J McConnell

[46] Motion for Hardship Discharge Filed by George Gass, Jeanette Gass.

**MOVANT** : George Gass Jeanette Gass BY J McConnell J McConnell

*motion granted*

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___

Denied without/with leave to amend by:_____Conf:_____Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

          Granted    _____      Sustained  _____    Denied     _____
          Overruled  _____      Withdrawn  _____    Under Adv. _____
          Moot       _____      Consent    _____    Dismissed  _____
          O.T.J. Fee _____

DECISION:

   [ ] Signed by Court           [ ] Filed by Counsel

```
[ ] To be prepared by:
    [ ] Movant's counsel          [ ] Court
    [ ] Respondent's counsel      [ ] Other _____
```

NOTES: